IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LEONEL TORRES HERRERA, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION |
| vs. ) | NO. _____ |
| ) | |
| JAMES A. COLLINS, ) | |
| Director, Texas Department ) | |
| of Criminal Justice, ) | |
| Institutional Division, ) | |
| ) | |
| Respondent. ) | |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

COMES NOW the undersigned counsel, Mark E. Olive, pursuant to the Local Rules of the United States District Court for the Southern District of Texas, Rule 1(K), and hereby moves this Honorable Court for leave to appear on behalf of Leonel Torres Herrera <u>pro hac vice</u> in the above-styled matter.

WHEREFORE, undersigned counsel prays that this Court grant his motion for leave to appear <u>pro hac vice</u>.

Respectfully submitted,

*/s/ Mark Evan Olive*
Mark Evan Olive
Fla. Bar No. 0578533
2804 Glennis Court
Tallahassee, FL  32304
(904) 562-9748

County of LEON

State of Florida

## AFFIDAVIT OF MARK E. OLIVE

Mark E. Olive, being sworn, states:

1. I hereby move this Court for permission to appear and participate in the above-entitled action on behalf of petitioner Leonel Torres Herrera.

2. I am an attorney licensed to practice in Florida. My office address is 2804 Glennis Court, Tallahassee, FL.

3. I am a member in good standing of the following bars: State of Florida (admitted 1986); State of Tennessee (admitted 1978); State of North Carolina (admitted 1983); State of Georgia (admitted 1990); U.S. Court of Appeals for the Fourth, Sixth and Eleventh Circuits; United States District Courts for the Eastern and Middle Districts of Tennessee, Middle District of North Carolina, Northern District of Georgia, Northern and Middle Districts of Georgia.

3. I have never been the subject of any disciplinary proceeding or investigation, nor refused admission to any bar.

4. Petitioner Herrera has advised me that he wishes me to represent him in this action.

5. I am familiar with the local rules of the Southern District of the State of Texas, and I will at all times comply with same during these proceedings.

Under penalty of perjury I hereby swear that the foregoing

is true and correct to the best of my recollection and belief.

Sworn before me this 12th day of February 1992.

Notary Public
Notary Public, State of Florida
My Commission Expires March 10, 1995
Bonded Thru Troy Fain - Insurance Inc.

CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the MOTION FOR LEAVE TO APPEAR <u>PRO</u> <u>HAC</u> <u>VICE</u> on all parties herein by hand delivering the same this 12th day of February 1992, to:

    Honorable Dan Morales, Attorney General
    Enforcement Division
    Price Daniel Sr. Bldg.
    Austin, TX  78711

*Phyllis L. Croce*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LEONEL TORRES HERRERA, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>JAMES A. COLLINS, )<br>Director, Texas Department )<br>of Criminal Justice, )<br>Institutional Division, )<br>)<br>Respondent. )<br>_____) | CIVIL ACTION<br>NO. _____ |

ORDER GRANTING ADMISSION
PRO HAC VICE

Good cause appearing therefore, it is ordered that Mark E. Olive and Phyllis L. Crocker be permitted to appear pro hac vice in the above-entitled action.

IT IS SO ORDERED THIS ____ DAY OF February, 1992.

_____
JUDGE PRESIDING