IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LEONEL TORRES HERRERA ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. _____ |
| ) | |
| JAMES A. COLLINS, ) | |
| Director, Texas Department of ) | |
| Criminal Justice, ) | |
| Institutional Division, ) | |
| ) | |
| Respondent ) | |

## APPLICATION TO PROCEED IN FORMA PAUPERIS

Petitioner hereby requests leave to proceed in forma pauperis. An affidavit in support of this motion is attached hereto.

Respectfully submitted,

/s/ Mark E Olive by Phyllis L Crow
Mark Evan Olive
FL. Bar No. 0578553
2804 Glennis Court
Tallahassee, FL 32304
(904) 562-9748

Counsel for Mr. Herrera

AFFIDAVIT IN SUPPORT OF A MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

I, _Leonel T. Herrera_ being first duly sworn, depose and say that I am the Petitioner in the above- entitled case; that in support of my motion to proceed without being required to repay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of this case or to give security therefor; and that I believe I am entitled to redress.

I further swear that the responses which I have made to the questions and instructions below relating to my ability to pay the cost of proceeding in this Court are true.

1. Are you presently employed? Yes___ No _✓_

   a. If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer.

   _____
   _____

   b. If the answer is no, state the date of your last employment and the amount of the salary or wages per month which you received.
   _1975 - 1,200 per Month_

2. Have you received within the past twelve months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends or other sources?
   Yes___ No _✓_

   a. If the answer is yes, describe each source of income and state the amount received from each during the past twelve months.

   _____
   _____

3. Do you own any cash or checking or savings account? Yes___ No _✓_
   If the answer is yes, state the total value of the items owned.

   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes___ No _✓_

   a. If the answer is yes, describe the property and state its approximate value.

   _____
   _____

5. List the persons who are depending upon you for support and state your relationship to those persons.
   _N/A_

   _____

I understand that a false statement or answer to any question in this affidavit will subject me to penalties for perjury.

/s/ _Leonel Torres Herrera_

Subscribed and sworn to before me this _11_ day of _July_ 19 _91_

_____
Notary

My commission expires _5-15-95_

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the above pleading on all parties herein by hand delivering the same addressed to:

>Attorney General's Office
>Criminal Enforcement Division
>Price Daniel Sr. Building
>Austin, TX 78711

this 12th day of February 1992.

Phyllis L. Crocker

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LEONEL TORRES HERRERA | ) | |
| | ) | |
| Petitioner, | ) | CIVIL ACTION |
| | ) | No._____ |
| vs. | ) | |
| | ) | |
| JAMES A. COLLINS, | ) | |
| Director, Texas Department | ) | |
| of Criminal Justice, | ) | |
| Institutional Division | ) | |
| | ) | |
| Respondent | ) | |

### ORDER

Having considered the Motion for Leave to Proceed In Forma Pauperis in the above-styled cause, I find there IS/IS NOT merit to the aforementioned and I hereby GRANT/DENY the motion.

_____