United States District Court
Southern District of Texas
FILED

FEB 18 1992

Jesse E. Clark, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

FEB 18 1992

Jesse E. Clark, Clerk
By Deputy: _____

| | | |
|---|---|---|
| LEONEL TORRES HERRERA, | § | |
| Petitioner, | § | |
| v. | § | CIVIL ACTION NO. M-92-30 |
| JAMES A. COLLINS, DIRECTOR TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

ORDER

Came on for consideration the Petitioner's "Motion to Alter and Amend Judgment and for Reconsideration of Orders Entered February 17, 1992" in which the Petitioner requests reconsideration of the Court's previous granting of the Respondent's Motion for Summary Judgment on the part of his first claim for relief which alleged constitutional Brady violations and the Court being of the opinion that same should be GRANTED and that the Court's previous statements and analysis on said issues in the portion of its previous Memorandum discussing said issues should be withdrawn as the Court is persuaded that there are sufficient factual and legal allegations under the applicable legal standards to necessitate an evidentiary hearing on this matter before this Court.

It is, therefore, ORDERED, ADJUDGED and DECREED that the

portion of the Court's previous Order granting Summary Judgment on the Petitioner's first claim alleging <u>Brady</u> violations is hereby withdrawn and this cause is set for an evidentiary hearing on the Petitioner's allegations in Claim for Relief Number I on Friday, February 21, 1992, before this Court at 10:00 a.m. in the 9th Floor Courtroom, 1701 West Business Highway 83, McAllen, Texas.

The Clerk shall send a copy of this Order to counsel for Petitioner and to counsel for Respondent.

DONE on this 18th day of February, 1992, at McAllen, Texas.

Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE