United States District Court
Southern District of Texas
FILED

FEB 19 1992

Jesse E. Clark, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| LEONEL TORRES HERRERA, | § | |
| Petitioner, | § | |
| v. | § | CIVIL ACTION NO. M-92-30 |
| JAMES A. COLLINS, DIRECTOR TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

### ORDER OF DISMISSAL

Having been notified by the Petitioner that he has filed a successive Petition for Writ of Habeas Corpus with the state trial court and having been requested to dismiss without prejudice from this Court the Petitioner's First Claim for relief in his Petition for Habeas Corpus before this Court, it is therefore,

ORDERED, ADJUDGED and DECREED that the Petitioner's First Claim in his Petition filed in the above cause of action is hereby DISMISSED without prejudice.

The Clerk shall send a copy of this Order to counsel for the Petitioner and counsel for Respondent.

Done this 19th day of February, 1992 at McAllen, Texas.

_____
Ricardo H. Hinojosa
United States District Judge