IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| LEONEL TORRES HERRERA,<br><br>        Petitioner,<br><br>vs.<br><br>JAMES A. COLLINS,<br>Director, Texas Department<br>of Criminal Justice,<br>Institutional Division<br><br>        Respondent | CIVIL ACTION<br>No. M-92-30 |

## NOTICE OF APPEAL

Notice is hereby given that LEONEL TORRES HERRERA, the above-named Petitioner, appeals to the United States Court of Appeals for the Fifth Circuit from the final judgments and Orders entered in this matter and the May 8, 1993 Order denying Petitioner's Motion to Alter, Amend, Vacate or Reconsider Judgment by the United States District Court for the Southern District of Texas.

Dated:

Respectfully submitted,

[signature]

Mark Evan Olive
Attorney in Charge
FL Bar No. 0578553
2804 Glennis Court
Tallahassee, FL  32304
(904) 644-7710

Robert L. McGlasson
TX Bar No. 13634050

Texas Resource Center
1206 San Antonio St.
Austin, TX  78701
(512) 320-8300

Phyllis L. Crocker
TX Bar No. 05087780
*Texas Resource Center
3223 Smith St., Suite 215
Houston, TX  77006
(713) 522-5917
fax (713) 522-2733

* Serve all pleadings and orders on the Houston Office of the
Texas Resource Center.

## CERTIFICATE OF SERVICE

I hereby certify that, in accordance with Rule 4 of the Rules Governing Habeas Corpus, I have served true and correct copies of the attached pleading on all parties this 11th day of May 1993,

by telecopier transmission to:

> Margaret Portman Griffey, Assistant Attorney General
> Office of the Attorney General for the State of Texas
> Enforcement Division
> Price Daniel Sr. Building
> 209 W. 14th Street
> 8th Floor
> Austin, TX  78701

and by certified mail, return receipt requested, on this 11th day of May 1993.

> James A. Collins
> Director, Texas Department of Criminal Justice
> Institutional Division
> P.O. Box 99
> Huntsville, TX  77342